[No. 20875–6–I.   Division One.   June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY GENE CHANDLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01904–3, Stephen M. Reilly, J., entered August 12, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 18819–4–I.   Division One.   June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS MILTON MOZEAK, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00857–4, Daniel T. Kershner, J., entered July 11, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster and Winsor, JJ.

[No. 9921–7–II.   Division Two.   June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILBUR REEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00136–2, Robert H. Peterson, J., entered May 13, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.